IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL ACTION |
| | : | NO. 19-251 |
| | : | |
| BOBBY LEE ROTHMILLER | : | |
| | : | |

## ORDER

**AND NOW**, this 18th day of January, 2023, it is hereby **ORDERED** that the Defendant's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), [Doc. 31] is **DENIED**.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**